FILED
JAN 1 6 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 14-30204-MJR |
| ) | |
| AISHA WRIGHT, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF FACTS**

Comes now Stephen R. Wigginton, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Aisha Wright, represented by her attorney Brett Rich, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1. Beginning in the year 2012 and continuing through February of 2014, in Madison County, Illinois, within the Southern District of Illinois, **AISHA WRIGHT** did knowingly prepare and submit false tax returns to obtain the payment of false and fraudulent federal income tax refunds from the Internal Revenue Service (IRS), an agency of the United States.

2. The IRS Scheme Development Center (SDC) utilizes databases to research possible tax refund fraud schemes. The SDC linked tax returns based on internet protocol (IP) addresses, wage amounts, federal tax withholding amounts, employers, occupations, electronic filing identification numbers (EFIN), and bank accounts, which revealed a tax refund scheme. This tax refund fraud scheme consists of falsified tax returns which claimed fraudulent tax refunds. All of the tax returns were electronically filed and claimed a refund. According to the

SDC, the refund scheme consisted of approximately 239 tax returns for the tax years ending December 31, 2011 and December 31, 2012. In addition, as of April 29, 2014, approximately 253 tax returns for the tax year ending December 31, 2013 have been detected by the SDC.

3. IRS Form Schedule C, Profit or Loss From Business, is used to report income or loss from a business a taxpayer operated or a profession a taxpayer practiced as a sole proprietor. **AISHA WRIGHT** falsely created Schedule C business income and expenses in order to fraudulently reduce taxpayers taxable income and thereby falsely increase the amount of tax refunds.

4. IRS Form Schedule A, Itemized Deductions, is used to report itemized deductions such as cash/non-cash donations, medical expense, real estate expenses and unreimbursed employee expenses. **AISHA WRIGHT** falsely created Schedule A donations/expenses in order to fraudulently reduce taxpayers taxable income and thereby falsely increase the amount of tax refunds.

5. The American Opportunity tax credit is an education tax credit available to eligible parents and students to help pay for qualified education expenses of the first four years of college, and the tax credit is based on adjusted qualified education expenses you pay for yourself, your spouse, or a dependent for whom you claim an exemption on your tax return. Eligible taxpayers may qualify for the maximum annual credit of $2,500 per student, and generally, 40 percent of the credit is refundable, which means that a taxpayer may be able to receive up to $1,000, even if the taxpayer owes no taxes. **AISHA WRIGHT** falsified education expenses on taxpayer returns to fraudulently qualify taxpayers to receive the American Opportunity tax credit. A tax credit reduces the amount of tax for which you are liable. Unlike a

deduction, which reduces the amount of income subject to tax, a tax credit directly reduces your tax liability.

6. On or about February 20, 2014, in Madison County, Illinois, within the Southern District of Illinois, **AISHA WRIGHT** made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $1,655, which she then and there knew to be false, fictitious, and fraudulent. **AISHA WRIGHT** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form $1040_2$ for the year 2013 on behalf of UCA1, which requested a refund to which the defendant knew neither UCA1 nor she was entitled.

7. **AISHA WRIGHT** knowingly claimed false education expenses on the IRS Form 8863, Education Credits, filed with UCA1's tax return in order for UCA1 to receive a false American Opportunity tax credit in the amount of $1,000, which ultimately enhanced the tax refund claimed from the IRS.

8. On or about February 20, 2014, in Madison County, Illinois, within the Southern District of Illinois, **AISHA WRIGHT** made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $3,711, which she then and there knew to be false, fictitious, and fraudulent. **AISHA WRIGHT** made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form $1040_2$ for the year 2013 on behalf of UCA1, which requested a refund to which the defendant knew neither UCA2. nor she was entitled.

9. **AISHA WRIGHT** knowingly prepared a fraudulent U.S. Individual Tax Return for the tax year ending December 31, 2013 for UCA2. **AISHA WRIGHT** knowingly claimed a

false dependent on UCA2's tax return and fraudulently claimed the American Opportunity tax credit. In addition, **AISHA WRIGHT** created the business income and expense figures reported on the IRS Schedule C filed with UCA2's tax return in order to qualify UCA2 to receive the Earned Income Tax Credit (EITC), which ultimately led to an enhanced tax refund claimed from the IRS. UCA2 did not provide Aisha Wright with any income or expense figures for UCA2's hair business.

10. The investigation revealed the following tax loss calculations which is based on interviews of taxpayers and a statistical sampling of the tax returns prepared by **AISHA WRIGHT**:

### Wright's Preliminary Loss Totals for 2011 through 2013

| 2011 Loss Totals | | 2012 Loss Totals | | 2013 Loss Totals | |
|---|---|---|---|---|---|
| Categories | Amounts | Categories | Amounts | Categories | Amounts |
| Sch. A | $ - | Sch. A | $ 34,957.80 | Sch. A | $ 60,435.90 |
| Sch. A & Ed. Credit | $ 20,752.66 | Sch. A & Ed. Credit | $ 28,683.99 | Sch. A & Ed. Credit | $ 121,805.93 |
| Sch. A & Sch. C & Ed. Credit | $ 8,553.65 | Sch. A & Sch. C & Ed. Credit | $ 5,589.00 | Sch. A & Sch. C & Ed. Credit | $ 9,031.20 |
| Sch. A & Sch. C | $ - | Sch. A & Sch. C | $ 3,754.28 | Sch. A & Sch. C | $ - |
| Sch. C & Ed. Credit | $ 111,607.82 | Sch. C & Ed. Credit | $ 16,733.16 | Sch. C & Ed. Credit | $ 117,300.45 |
| Sch. C | $ 11,975.04 | Sch. C | $ 19,056.80 | Sch. C | $ 27,977.32 |
| Ed. Credit | $ 158,111.00 | Ed. Credit | $ 39,453.00 | Ed. Credit | $ 388,141.00 |
| Total | $ 311,000.18 | Total | $ 148,228.03 | Total | $ 724,691.80 |

Total Loss Amount  $1,183,920.01

SO STIPULATED:

_____
AISHA WRIGHT
Defendant

_____
BRETT RICH
Attorney for Defendant

Date: 1/16/2015

STEPHEN R. WIGGINTON
United States Attorney

_____
NORMAN R. SMITH
Assistant United States Attorney

Date: 1/16/2015